IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Taylor, Robert A

Printed: 11/27/07

Case Number: 07 B 07674
Judge: Goldgar, A. Benjamin
Filed: 4/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 28, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,509.20 | 0.00 |
| 2. | DeVry Institute of Technology | Unsecured | 230.44 | 0.00 |
| 3. | DeVry Institute of Technology | Unsecured | 140.72 | 0.00 |
| 4. | Sallie Mae | Unsecured | 300.38 | 0.00 |
| 5. | Illinois Student Assistance Commission | Unsecured | 1,029.80 | 0.00 |
| 6. | Sprint Nextel | Unsecured | 67.42 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 277.21 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 129.92 | 0.00 |
| 9. | Jefferson Capital | Unsecured | 219.32 | 0.00 |
| 10. | Boyajian Law Offices | Unsecured |  | No Claim Filed |
| 11. | Sallie Mae | Unsecured |  | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 13. | AFNI | Unsecured |  | No Claim Filed |
| 14. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 15. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 16. | Columbus Bank & Trust | Unsecured |  | No Claim Filed |
| 17. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 18. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 19. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 20. | Leading Edge | Unsecured |  | No Claim Filed |
| 21. | RJM Acquisitions LLC | Unsecured |  | No Claim Filed |
| 22. | Sallie Mae | Unsecured |  | No Claim Filed |
| 23. | West Asset Management | Unsecured |  | No Claim Filed |
| 24. | Sallie Mae | Unsecured |  | No Claim Filed |
| 25. | Sm Servicing | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Taylor, Robert A | Case Number: 07 B 07674 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 11/27/07 | Filed: 4/27/07 |

| 26. | Professional Account Management | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | Sm Servicing | Unsecured | | No Claim Filed |
| 28. | Sprint | Unsecured | | No Claim Filed |
| 29. | Sm Servicing | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 4,904.41 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_